

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2015

No. 04-14-00542-CV

**CITY OF LEON VALLEY**, Texas, Unknown Employee(s) of City of Leon Valley, and Irene Baldridge,
Appellants

v.

**WM. RANCHER ESTATES JOINT VENTURE**, Rafael Alfaro, Jose Alfaro, Carman Alfaro, Daniel Bee, Robert Caldwell, Anne Caldwell, Earl Doderer, Sylvia Doderer, James Dowdy, Betty Dowdy, Issac Elizondo, Suzanne Elizondo, Roberto Galindo, Erma Galindo, Et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03399
Honorable Laura Salinas, Judge Presiding

## O R D E R

This is an accelerated appeal. We have previously granted appellees two extensions of time to file appellees' brief. When we granted the second extension, we advised appellees that no further extension would be granted absent written proof of extraordinary circumstances. Appellees have now filed a third request for additional time, seeking an additional fourteen days to file their brief. After reviewing appellees' motion, we find appellees have demonstrated the required extraordinary circumstances. Accordingly, we **GRANT** appellees' request for an additional fourteen days to file their brief and **ORDER** appellees to file their brief in this court on or before **February 12, 2015**. **Appellees are advised that no further extensions of time to file the brief will be granted. If the brief is not timely filed, the case will be submitted without the benefit of the appellees' brief.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court